IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**INSURANCE COMPANY OF THE WEST**                             **PLAINTIFF**

v.                                                           CAUSE NO. 1:12CV102-LG-JMR

**PIPE SERVICES, INC., ET AL.**                              **DEFENDANTS**

### DEFAULT JUDGMENT

This matter having come on to be heard on the Plaintiff's Motion for Default Judgment against Defendants Joel Murrah, Angelia Murrah, Linda Murrah, Gary Thomas Murrah, and Pipe Services, Inc., the Court, after a full review and consideration of the Motion and the record in this case, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Plaintiff, Insurance Company of the West, against Defendants Joel Murrah, Angelia Murrah, Linda Murrah, Gary Thomas Murrah, and Pipe Services, Inc., pursuant to Fed. R. Civ. P. 55(b)(2).

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff shall recover from Defendants Joel Murrah, Angelia Murrah, Linda Murrah, Gary Thomas Murrah, and Pipe Services, Inc., jointly and severally, $85,695.50, plus post-judgment interest at the currently prescribed federal rate from this date until paid in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's claims against Defendants Joel Murrah, Angelia Murrah, Linda Murrah, Gary Thomas

Murrah, and Pipe Services, Inc. are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 21st day of June, 2012.

                                                               s/ *Louis Guirola, Jr.*
                                                              LOUIS GUIROLA, JR.
                                                             CHIEF U.S. DISTRICT JUDGE